IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LORETTA MORVANT,** *ET AL.* | § | **CIVIL ACTION** |
| | § | |
| **VERSUS** | § | **NO. 13-05845-LMA-DEK** |
| | § | |
| **OIL STATES INTERNATIONAL, INC.** | § | **JUDGE LANCE M. AFRICK** |
| **AND OIL STATES INDUSTRIES, INC.** | § | |
| | § | **MAGISTRATE DANIEL E. KNOWLES, III** |
| | § | |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS
TO PLAINTIFFS' PUNITIVE DAMAGES CLAIMS AND THE
ESTATE'S WRONGFUL DEATH AND SURVIVAL CLAIMS**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Oil States International, Inc. and Oil States Industries, Inc. (collectively, the "Defendants"), who move this Court for an order declaring that Louisiana law applies to Plaintiffs' claims herein, including Plaintiffs' punitive damages claims and, further, as such, dismissal of all claims of the Plaintiffs against Defendants for punitive damages as well as the dismissal of all claims of the Estate, and further dismissing the Estate as a party to this action.

Respectfully Submitted:

**BLAND & PARTNERS P.L.L.C.**

/s/Matthew C. Guy
DAVID S. BLAND (LA Bar #1257)
dbland@blandpartners.com
MATTHEW C. GUY (LA Bar #31182)
mguy@blandpartners.com
ALLISON RAQUEL COLÓN (LA Bar #33068)
acolon@blandpartners.com
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone:    (504) 528-3088

*Attorneys for Defendants, Oil States International, Inc. and Oil States Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through the Court's Case Management Electronic Case Files' electronic filing system on this 3rd day of February, 2014.

/s/ Matthew C. Guy
MATTHEW C. GUY (LA Bar #31182)