```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA


 LORETA MORVANT, ET AL      )
                            )
          PLAINTIFFS,       )
                            )
 VS.                        )      C.A. NO.
                            ) 2:13-CV-05845-LMA-DEK
 OIL STATES INTERNATIONAL,  )
 INC., ET AL                )
                            )
          DEFENDANTS.       )
```

************************************************************


ORAL AND VIDEOTAPED DEPOSITION OF

MICHAEL L. BRADSHAW

DECEMBER 11, 2013


************************************************************

Page 2

1      ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL L.
2  BRADSHAW, produced as a witness at the instance of the
3  Plaintiff, and duly sworn, was taken in the
4  above-styled and numbered cause on DECEMBER 11, 2013,
5  from 9:14 a.m. to 11:05 a.m., before Mark A. Miller,
6  CSR in and for the State of Texas, reported by machine
7  shorthand, at the offices of LeBlanc Bland, 1717 St.
8  James Place, Suite 1860, Houston, Texas, pursuant to
9  the Federal Rules of Civil Procedure and the provisions
10 stated on the record or attached hereto.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFFS:
         Mr. Francis I. Spagnoletti
4        Ms. Megan A. Whitlock
         Spagnoletti & Associates
5        401 Louisiana Street, 8th Floor
         Houston, Texas   77002
6        Phone: 713.653.6500
         Fax:   713.653.5656
7        Email: fspagnoletti@spaglaw.com
                mwhitlock@spaglaw.com
8

9    FOR THE DEFENDANTS:
         Mr. Matthew C. Guy
10       LeBlanc Bland, LLC
         909 Poydras Street, Suite 1860
11       New Orleans, Louisiana 70112
         Phone: 504.528.3088
12       Fax: 504.586.3419
         Email: mguy@leblancbland.com
13

14   ALSO PRESENT:
         Mr. Mark Yarmolich, OSI
15       Mr. Roy E. Langley,  Videographer

16

17

18

19

20

21

22

23

24

25

<mark>Case 2:13-cv-05845-LMA-DEK Document 40-2 Filed 02/03/14 Page 4 of 12</mark>
<mark/>

<mark/>

<mark/>

Page 4

```
 1                        INDEX
 2
                                               PAGE
 3
          Appearances..........................    3
 4
          Stipulations........................     6
 5

 6
    MICHAEL L. BRADSHAW
 7
          Examination by Mr. Spagnoletti.........  6
 8

 9  Signature and Changes......................   80

10  Reporter's Certificate.....................   82

11

12                       EXHIBITS

13  NO.  DESCRIPTION                              PAGE

14   1   Notice of Deposition (Industries)          9

15   2   Notice of Deposition (International)      10

16   3   Objections to Notice (Industries)         10

17   4   Objections to Notice (International)      10

18   5   Root Cause Analysis                       24

19   6   Job Safety Analysis Worksheet             37

20   7   OSI HSE Plan                              48

21   8   OSI SMS Manual                            50

22   9   OSI Employee Safety Handbook              51

23  10   OSI HSE Disciplinary Policy               57

24  11   OSI Employee Handbook                     60

25  12   HSE SWOT Analysis                         62
```

<mark>EXHIBIT "1" - Page 4 of 12</mark>

Page 5

```
 1                        EXHIBITS

 2   NO.  DESCRIPTION                              PAGE

 3   13   OSI Safety Incentive Programs            64

 4   14   5 S Meeting Sign-In Sheet, 8/8/12        66

 5   15   Nautilus Crane Certificate               70

 6   16   Employee Training Record Form            72

 7   17   Employee Meeting Record Form             73

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      A.   Yes, sir.
 2      Q.   And then, if they want or believe they need
 3 additional ones, then they develop those and, I guess,
 4 submit them to you for review to make sure they're not
 5 off the mark?
 6      A.   Yes, sir.
 7      Q.   Is that right?
 8      A.   They don't always submit them to me for
 9 review, but usually they would.  Sometimes they're very
10 minor changes is the reason I say that.
11      Q.   I understand, but anything of any
12 significance, they submit to you for approval?
13      A.   I believe so, yes, sir.
14      Q.   Do you have to go up the line and get them
15 approved by your boss?
16      A.   It depends on what it is, but not -- not
17 necessarily.
18      Q.   Okay.  Now, with regard to the -- this Morvant
19 circumstance, you understand Mr. Morvant got killed out
20 there at Skagit-SMATCO?
21      A.   Yes, sir, I do.
22      Q.   Did you go out and investigate the accident?
23      A.   Yes, sir.
24      Q.   And I take it you were doing that in your
25 oversight capacity as Oil Industries, Inc.; is that
```

1    A.   To answer your question, I want a quality job

2  safety analysis.  That's what we're looking for.  If

3  the job didn't change, then he didn't see any changes

4  in potential hazards or had no new steps to eliminate

5  them, then, I guess, he was signing off on them every

6  day because it had not changed.

7    Q.   But who actually writes up this job safety

8  analysis?

9    A.   This is typically written by the -- either the

10 supervisor or someone on the work team themselves that

11 are doing the work.  And this one is signed off by, the

12 initials are TJM.  I must presume that's Timothy J.

13 Morvant.

14    Q.   Okay.  So you think that this particular job

15 safety analysis was done by him?

16   A.   That's my opinion; yes, sir.

17   Q.   Okay.  And he is -- what was his job there?

18   A.   He was a welder/fitter.

19   Q.   Do you have toolbox -- did they have toolbox

20 meetings with their safety officer at Skagit-SMATCO?

21   A.   They have meetings periodically, but exact

22 times when they have them, I'm not sure, sir.

23   Q.   Do you as the, you know, in your capacity as

24 Oil States corporate oversight, have you considered

25 having toolbox meetings in order to make sure that

```
 1  safety.
 2     Q.   And whatever they are, they're required to
 3  keep a record of it?
 4     A.   That's how we know who has been trained.
 5     Q.   As to this -- and they're reflected in these
 6  last two exhibits, they would be exemplars of those?
 7     A.   These are examples.
 8     Q.   Okay.  I notice this one here you gave me,
 9  11-13-12, 10-13-12 of the Employee Meeting Record,
10  neither other one of these -- these were all after
11  Morvant's death, right?
12     A.   They are dated after his death.
13     Q.   But, these reflect certain meetings that were
14  done in connection with your root cause analysis,
15  correct?
16     A.   That appears to be what it is, sir.
17     Q.   In terms of implementing these new procedures
18  that were determined to be perhaps --
19     A.   They were reviewing the American Welding
20  Society's procedure, it appears, sir.
21            MR. SPAGNOLETTI: Okay.  All right.  No
22  further questions.  Thanks.  Oh, wait, we'll do one
23  other.
24            MR. GUY:  Columbo style, one more thing.
25     Q.   (BY MR. SPAGNOLETTI)  I didn't ask you about
```

Page 76

1  Oil States, what's it called International, Oil States
2  International, Inc.; you're the representative for that
3  as well?
4      A.  Correct.
5      Q.  You work for them?
6      A.  No, sir.  I do not.
7      Q.  Do you know who they are?
8      A.  Yes, sir.
9      Q.  Who are they?
10     A.  They're our parent company.
11     Q.  When you say "parent company," I mean, you're
12 the parent company of Skagit-SMATCO, right?
13     A.  Yes, sir.
14     Q.  When I say "you," I mean Oil States
15 Industries, Inc.?
16     A.  I understood what you mean.  Yeah, I don't own
17 them.
18     Q.  Not you personally, but Oil States Industries,
19 Inc.?
20     A.  Yes, sir.
21     Q.  But, Oil States International, Inc. is the
22 parent company of Oil States Industries, Inc., correct?
23     A.  Yes, sir.
24     Q.  Do they have employees?
25     A.  Yes, sir.

Page 82

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3    LORETA MORVANT, ET AL        )
                                   )
 4                PLAINTIFFS,      )
                                   )
 5    VS.                          )    C.A. NO.
                                   ) 2:13-CV-05845-LMA-DEK
 6    OIL STATES INTERNATIONAL,    )
      INC., ET AL                  )
 7                                 )
                  DEFENDANTS.      )
 8
```

 9            REPORTER'S CERTIFICATION OF THE ORAL

10              DEPOSITION OF MICHAEL L. BRADSHAW

11                    DECEMBER 11, 2013

12

13        I, Mark A. Miller, Certified Shorthand Reporter in

14    and for the State of Texas, hereby certify to the

15    following:

16        That the witness, MICHAEL L. BRADSHAW, was duly

17    sworn by the officer and that the transcript of the

18    oral deposition is a true record of the testimony given

19    by the witness;

20        That the original deposition was delivered to Mr.

21    Francis I. Spagnoletti.

22        That a copy of this certificate was served on all

23    parties and/or the witness shown herein on _____.

24        I further certify that pursuant to FRCP Rule

25    30(f)(1) that the signature of the deponent was

Page 83

1  requested by the deponent or a party before the
2  completion of the deposition and that the signature is
3  to be before any notary public and returned within 30
4  days from date of receipt of the transcript.
5      I further certify that I am neither counsel for,
6  related to, nor employed by any of the parties or
7  attorneys in the action in which this proceeding was
8  taken, and further that I am not financially or
9  otherwise interested in the outcome of the action.
10      Certified to by me on this, the 19th day of
11 December, 2013.
12
13
14
15                    _____
                      Mark A. Miller, CSR
16                    Texas CSR No. 1190
                      Expiration Date:  12/31/14
17
                      Miller-Reporting.Com
18                    Firm Registration No. 642
                      1225 North Loop West, Suite 327
19                    Houston, Texas  77008
                      Tel: 713-581-7799/Fax: 713-626-1966
20
21
22
23
24
25

```
 1   THE STATE OF _____)

 2   COUNTY OF _____)

 3

 4       I hereby certify that the witness was notified on

 5   _____ that the witness has 30 days, or

 6   (____ days per agreement of counsel) after being

 7   notified by the officer that the transcript is

 8   available for review by the witness and if there are

 9   changes in the form or substance to be made, then the

10   witness shall sign a statement reciting such changes

11   and the reasons given by the witness for making them;

12       That the witness's signature ___ was / ___ was not

13   returned as of _____, _____.

14       Subscribed and sworn to by me on this, the ___ day

15   of _____, _____.

16

17

18

19                      _____
                        Mark A. Miller, CSR
20                      Texas CSR No. 1190
                        Expiration Date:  12/31/14
21
                        Miller-Reporting.Com
22                      Firm Registration No. 642
                        1225 North Loop West, Suite 327
23                      Houston, Texas  77008
                        Tel: 713-581-7799/Fax: 713-626-1966
24

25
```