**MR TIMOTHY J MORVANT - 004085 - OIL STATES SKAGIT SMATCO, LLC**

## Employee Summary

| | |
|---|---|
| Name | TIMOTHY J MORVANT |
| Preferred | TIMOTHY |
| Employee number | 004085 |
| Time clock | |
| Address | 140 MELVIN STREET<br>HOUMA, LA<br>70363<br>United States |
| E-mail | |
| Alternate e-mail | |
| Mailstop | |
| Home | (985) 851-0333 |
| Work | |
| Work extension | |

### Company

| | |
|---|---|
| Company | OIL STATES SKAGIT SMATCO, LLC |
| Location | 05 - Louisiana |
| Division | 55 - OSI Houma |
| Department | 5560 - Fabrication |
| Labor Code | 5500 - Direct labor absorbing |
| GL Location | 91 - MFG |

### Job

| | |
|---|---|
| Job | NSRWEFT1 - Senior Welder/Fitter |
| Status | Active |
| As of | 12/29/2001 |

EXHIBIT (MORVANT) 00001

Print Preview                                                                 Page 2 of 2

| | |
|---|---|
| **Supervisor** | THOMAS J ACOSTA |
| **Pay group** | SKWK - SK WK |
| **Employee type** | REG - Regular |
| **Full/Part time** | Full Time |
| **Last hired** | 10/21/1996 |
| **Seniority** | 10/21/1996 |