IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LORETTA MORVANT, Individually, On behalf of the Estate of Timothy Morvant, Sr., and as parent and natural Tutrix of Timothy Morvant, Jr., the child of Loretta Morvant and Timothy Morvant, Sr., TIMOTHY MORVANT, JR., individually, and CANDACE MORVANT, Individually | § § § § § § § § § § | Civil Action No. 3:13-cv-00091  JURY TRIAL DEMANDED |

VS.

OIL STATES INTERNATIONAL, INC. and
OIL STATES INDUSTRIES, INC.

**STATE OF LOUISIANA**

**PARISH OF TERREBONNE**

Before me, the undersigned notary, on this day personally appeared:

**JIMMY RAMAGOST**

the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Jimmy Ramagost. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1

2. I am the Director of Human Resources ("HR") and Health Safety & Environmental ("HSE") of Oil States Skagit Smatco, LLC (the "Employer") in Houma, Louisiana. I have been employed by Employer since August 9, 2004.

3. In addition to myself, Employer's HR-HSE department consists of Page Durocher and Jeff Ledet. Employer's HR-HSE department is located exclusively in Houma, Louisiana. Page Durocher is the Area Safety Manager for Employer and reports directly to me. Jeff Ledet is the HSE Specialist for Employer and reports directly to Mr. Durocher. As the HR and HSE Director, I am the most senior member of Employer's HR-HSE department. I report directly to Employer's Vice President. I do not report to anyone directly at Oil States Industries, Inc. ("OSI") or Oil States International, Inc. ("International") with respect to HSE matters.

4. Employer is a Delaware limited liability company with its principal place of business in Houma, Louisiana. (Attached as Exhibit "1" is the Delaware Secretary of State Certificate of Good Standing).

5. Employer is engaged in the business of the design, manufacture and refurbishment of products for the marine and offshore industries.

6. Timothy Morvant, Sr. was employed by Employer for fifteen (15) years. Mr. Morvant was domiciled in Houma, Louisiana throughout his employment with Employer.

7. Mr. Morvant's employment with Employer was located in Houma, Louisiana. At no time did Employer's employment of Mr. Morvant include, involve or otherwise pertain to the Galveston Division.

8. Mr. Morvant's employment records are located electronically in the company Human Resource and Payroll departments in Houma, Louisiana.

9. The workplace accident that resulted in Mr. Morvant's death occurred at Employer's facility in Houma, Louisiana. Mr. Morvant died just outside of Houma, en route to Baton Rouge, Louisiana.

10. All witness statements pertaining to the accident, subsequent investigation, and Decedent's hospital records are located in Houma. These include the statements of: Bobby Glynn, Todd Robichaux, Craig Thibodeaux, Anthony Gonzalez, and Cody Duprè. Each of these witnesses resides in Louisiana.

11. OSI is a Delaware corporation with its corporate headquarters in Arlington, Texas. (Attached as Exhibit "2" is the Delaware Secretary of State Certificate of Good Standing).

12. OSI does not have any physical operations within the geographical bounds of the Galveston Division of the Southern District of Texas. OSI does not conduct business or make business decisions within the geographical bounds of the Galveston Division of the Southern District of Texas.

13. OSI is the sole member of Employer.

14. International is a Delaware corporation with its corporate headquarters in Houston, Texas. (Attached as Exhibit "3" is the Delaware Secretary of State Certificate of Good Standing).

15. International does not conduct business or make business decisions within the geographical bounds of the Galveston Division of the Southern District of Texas.

16. International is the sole shareholder of OSI.

17. I have reviewed Plaintiffs' Original Complaint asserting wrongful death and survival claims under Louisiana law. In regards to this litigation, almost all of the witnesses and documents pertinent to this lawsuit are located in Houma, Louisiana. There is no document, witness or other evidence located in the Galveston Division.

_/s/ Jimmy Ramagost_
Jimmy Ramagost, Director of Human Resources and Human Safety Environmental, Oil States Skagit Smatco, LLC

Sworn to and subscribed before me by Jimmy Ramagost on June 4, 2013.

_/s/ Jennifer R Blue_
Notary Public in and for
The State of Louisiana
Jennifer R. Blue, Notary Public
ID# 92076
My Commission expires: at death