**EXHIBIT "4"**




**OSI (MORVANT) 00264**