IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LORETTA MORVANT,** *ET AL.* | § | **CIVIL ACTION** |
| | § | |
| **VERSUS** | § | **NO. 13-05845-LMA-DEK** |
| | § | |
| **OIL STATES INTERNATIONAL, INC.** | § | **JUDGE LANCE M. AFRICK** |
| **AND OIL STATES INDUSTRIES, INC.** | § | |
| | § | **MAGISTRATE DANIEL E. KNOWLES, III** |
| | § | |

**DEFENDANTS' STATEMENT OF UNCONTESTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY
JUDGMENT AS TO PLAINTIFFS' PUNITIVE DAMAGES CLAIMS AND
THE ESTATE'S WRONGFUL DEATH AND SURVIVAL CLAIMS**

Defendants, Oil States International, Inc. and Oil States Industries, Inc. (collectively, the "Defendants"), files their Statement of Uncontested Material Facts in Support of their Motion for Partial Summary Judgment as to Plaintiffs' Punitive Damages Claims and the Estate's Wrongful Death and Survival Claims regarding the applicability of Louisiana law:

1. On June 4, 2012, Timothy Morvant, Sr. was injured in a workplace accident at Oil States Skagit Smatco L.L.C.'s ("OSSS") 100 Ton Shop in Houma, Louisiana (the "Shop").[1]

2. At the time of the accident, Mr. Morvant was employed by OSSS as a senior welder/fitter.[2] Mr. Morvant had been employed by OSSS for fifteen (15) years prior to the accident.[3]

3. On the date of the accident, Mr. Morvant was fabricating the 501[4] wall part of a large winch.

---

[1] The date and location of Mr. Morvant's injury are undisputed. *See* Deposition of Michael Bradshaw, attached to the memorandum in support as **Exhibit 1**, at 22:18-21.

[2] *See* OSI (MORVANT) 0001-0002, attached to the memorandum in support as **Exhibit 2**; *see also*, Deposition of Michael Bradshaw, attached to the memorandum in support as **Exhibit 1**, at 42:7-18.

[3] *See* Affidavit of Jimmy Ramagost, attached to the memorandum in support as **Exhibit 3**, at ¶6.

4.      The Shop floor contains braces affixed to the floor for use in bracing heavy items, including winch walls, which need to stand upright during the fabrication process. These braces are located throughout the Shop and were available for Mr. Morvant's use on June 4, 2012.

5.      Instead of using the affixed braces to secure the 501 wall in an erect position, Mr. Morvant used a "dog" leg to hold the wall upright. The 501 wall ultimately fell on Mr. Morvant and he died from his injuries in Louisiana that same day.[5]

6.      Mr. Morvant was employed by OSSS in Houma, Louisiana, resided in Louisiana throughout his employment with OSSS, and was domiciled in Louisiana at the time of his death.[6]

7.      OSI holds a 100% membership interest in OSSS.[7] International owns 100% of the shares of OSI.[8]

8.      Plaintiffs are all Louisiana residents.[9]

9.      Plaintiffs originally filed suit in the United States District Court for the Southern District of Texas. The case was subsequently transferred to the United States District Court for the Eastern District of Louisiana on convenience grounds.[10]

10.     Both the underlying accident and Mr. Morvant's death—the genesis for this lawsuit – occurred in Louisiana.[11]

---

[4] "501" is the number of the wall section in the specifications for the winch.

[5] It is undisputed that the winch wall fell on Mr. Morvant and that he died in Louisiana later that day. *See also* Affidavit of Jimmy Ramagost, **Exhibit 3**, at ¶ 9.

[6] *See* Affidavit of Jimmy Ramagost, **Exhibit 3**, at ¶¶ 6-7.

[7] *See* OSI (MORVANT) 00264, attached to the memorandum in support as **Exhibit 4**; Affidavit of Jimmy Ramagost, **Exhibit 3**, at ¶13; Deposition of Michael Bradshaw, **Exhibit 1**, at 75:25-76:23.

[8] *See id.;* Affidavit of Jimmy Ramagost, **Exhibit 3**, at ¶16; Deposition of Michael Bradshaw, **Exhibit 1**, at 75:25-76:23.

[9] *See* Amended Complaint at ¶¶ 1.1-1.3.

[10] *See* Order of Transfer, Rec.Doc. 15, USDC, SDTX, C/A #3:13-cv-00091, dated 09/16/2013.

       Respectfully Submitted:

       **BLAND & PARTNERS P.L.L.C.**

       /s/Matthew C. Guy
       DAVID S. BLAND (LA Bar #1257)
       dbland@blandpartners.com
       MATTHEW C. GUY (LA Bar #31182)
       mguy@blandpartners.com
       ALLISON RAQUEL COLÓN (LA Bar #33068)
       acolon@blandpartners.com
       909 Poydras Street, Suite 1860
       New Orleans, LA 70112
       Telephone:     (504) 528-3088
       *Attorneys for Defendants, Oil States International, Inc. and Oil States Industries, Inc.*

---

[11] *Id*. at ¶ 9.

-4-

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through the Court's Case Management Electronic Case Files' electronic filing system on this 3rd day of February, 2014.

                                     /s/ Matthew C. Guy
                                     MATTHEW C. GUY (LA Bar #31182)