IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LORETTA MORVANT,** *ET AL.* | § | CIVIL ACTION |
| | § | |
| **VERSUS** | § | NO. 13-05845-LMA-DEK |
| | § | |
| **OIL STATES INTERNATIONAL, INC.** | § | JUDGE LANCE M. AFRICK |
| **AND OIL STATES INDUSTRIES, INC.** | § | |
| | § | MAGISTRATE DANIEL E. KNOWLES, III |
| | § | |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that Defendants' Motion for Partial Summary Judgment as to Plaintiffs' Punitive Damages Claims and the Estate's Wrongful Death and Survival Claims, filed by Oil States International, Inc. and Oil States Industries, Inc., shall be set for submission before the Honorable Lance M. Africk, United States District Judge, at the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana on Wednesday, February 19, 2014 at 9:00 a.m.

Respectfully Submitted:

**BLAND & PARTNERS P.L.L.C.**

/s/Matthew C. Guy
DAVID S. BLAND (LA Bar #1257)
dbland@blandpartners.com
MATTHEW C. GUY (LA Bar #31182)
mguy@blandpartners.com
ALLISON RAQUEL COLÓN (LA Bar #33068)
acolon@blandpartners.com
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone:     (504) 528-3088

*Attorneys for Defendants, Oil States International, Inc. and Oil States Industries, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through the Court's Case Management Electronic Case Files' electronic filing system on this 3rd day of February, 2014.

                          /s/ Matthew C. Guy
                          MATTHEW C. GUY (LA Bar #31182)